**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 26-cv-62514-SMITH**

THALIA DE LA CARIDAD
LAZO-PALENZUELA,

Petitioner,

v.

MARKWAYNE MULLIN, *et al*.,

Respondents.
_______________________________________/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter is before the Court on Plaintiff's Notice of Dismissal Without Prejudice [DE 7]. Upon consideration, it is

**ORDERED** that:

1. This matter is **DISMISSED without prejudice**.
2. Each party shall bear its own attorney's fees and costs.
3. All pending motions are denied as moot.
4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 5th day of October, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel or record